IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEON ATCHLEY AS ADMINISTRATOR )<br>FOR THE ESTATE OF JONATHAN DUANE )<br>ATCHLEY, )<br>           Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF SALLISAW and )<br>BLAINE GRIFFEY, in his official and )<br>individual capacity, )<br>           Defendants. ) | Case No. 20-CV-018-RAW |

## JUDGMENT

Pursuant to Rule 58 F.R.Cv.P. and the order entered contemporaneously herewith, it is the order of the court that judgment be entered in favor of Defendants and against the Plaintiff.

IT IS SO ORDERED this 15th day of September, 2021.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE